No. 297. QUEENS LAND & TITLE COMPANY ET AL. *v.* KINGS COUNTY TRUST COMPANY ET AL. Appeal from the District Court of the United States for the Eastern Dis-

trict of New York. Argued March 25, 1920. Decided April 19, 1920. *Per Curiam.* Affirmed with costs upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218; *Sugarman* v. *United States*, 249 U. S. 182, 184. And see *Blumenstock Bros. Advertising Agency* v. *Curtis Publishing Co.*, this day decided, *ante*, 436. *Mr. William G. Cooke* for appellants. *Mr. George E. Brower* for appellees.